# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA GAHAGAN, *individually and on behalf of those similarly situated*, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PENN ABSTRACT & LAND SERVICES, LLC, *et al.*, : <br> : <br> Defendants. : | Civil No.1:24-CV-01921 <br><br><br><br><br><br><br><br><br> Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion to dismiss, Doc. 13, is **GRANTED**. Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within 21 days.[1] If no such amended complaint is timely filed, then the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, she may file a notice stating that she intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the case so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).