# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA GAHAGAN, *individually and on behalf of those similarly situated*, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PENN ABSTRACT & LAND SERVICES, LLC, *et al.*, : <br> : <br> Defendants. : | Civil No. 1:24-CV-01921 <br><br><br><br><br><br><br><br><br><br> Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of December, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion to dismiss, Doc. 34, is **GRANTED**. Plaintiff's amended complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
